IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VATCHAREE PRONSIVAKULCHAI )<br>)<br>        Petitioner, )<br>   vs. )<br>)<br>ALBERTO R. GONZALES, Attorney )<br>General of the United States; )<br>JOHN P. TORRES, Acting Director of the )<br>Office of Detention and Removal of )<br>United States Immigration and Custom )<br>Enforcement; DEBORAH ACHIM, )<br>Field Office Director, Immigration and )<br>Custom Enforcement; GLEN TRIVELINE, )<br>Supervising Detention Officer, Detention )<br>and Removal; TOM SVOBODA, )<br>Corrections Chief of the McHenry County )<br>Correctional Facilities, )<br>)<br>        Respondents. )<br>_____) | Jude Lefkow presiding<br>Case No. 07-3320 |

**NOTICE OF MOTION**

TO:    Assistant U.S. Attorney
          U.S. Attorney's Office, N.D. Illinois
          219 S. Dearborn Street, 5th Floor
          Chicago, Illinois 60604

      PLEASE TAKE NOTICE that on June 26, 2007 at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Joan Lefkow, in courtroom #1925 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL, and then and there present the attached Plaintiff's Motion for Hearing on Habeas Corpus, a copy of which is herewith served on you.

                                                              Respectfully submitted,
                                                               \_\_s/\_Stanley J. Horn_____
                                                                      STANLEY J. HORN

AZULAY, HORN & SEIDEN, LLC
205 N. Michigan Avenue, 40th Floor
Chicago, Illinois 60601
(312) 832-9200

**CERTIFICATE OF SERVICE**

    I, Stanley J. Horn, state that on June 19, 2007, I served a copy of the foregoing Notice together with a copy of Plaintiff's Motion for Hearing, by ECF to the following:

Assistant U.S. Attorney
U.S. Attorney's Office, N.D. Illinois
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604


                                            ____s/_Stanley J. Horn_____
                                                 STANLEY J. HORN