## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 3320 | **DATE** | 6/26/2007 |
| **CASE TITLE** | Pronsivakulchai vs. Gonzales | | |

**DOCKET ENTRY TEXT**

Motion hearing held on petitioner's motion for hearing on habeas corpus [5]. Because it does appear that this court has jurisdiction over this case and it does not plainly appear that the petitioner is not entitled to relief, the respondent is ordered to respond to the petition by July 31, 2007. In that response it may cite any available contrary authority concerning subject matter jurisdiction. *See Statement below*

■[ For further details see text below.]    Notices mailed by Judicial staff.

00:07

### STATEMENT

The parties appeared before the court on June 26, 2007. Respondent then argued that this court lacks subject matter jurisdiction over this habeas petition due to the jurisdiction-stripping provisions of the Real ID Act of 2005, 8 U.S.C. § 1252(a)(5). In response, petitioner has submitted a letter to the court citing cases that distinguish between jurisdiction to consider challenges to final orders of removal versus jurisdiction to consider challenges to detention that are independent of challenges to final orders of removal, and which hold that district courts do retain jurisdiction to consider the latter. *See, e.g., Hernandez* v. *Gonzalez*, 424 F.3d 42 (9th Cir. 2005) (citing cases); *see also Adebayo* v. *Gonzalez*, 2006 WL 642628, at *1 (N.D. Ill. March 7, 2006). Because it does appear that this court has jurisdiction over this case and it does not plainly appear that the petitioner is not entitled to relief, the respondent is ordered to respond to the petition by July 31, 2007. In that response it may cite any available contrary authority concerning subject matter jurisdiction.

Courtroom Deputy Initials: MD